## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHANIEL BROOKS, JR.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MR. GEORGE ZANIC** | : | **NO.  14-7111** |

### ORDER

AND NOW, this _13_ day of January, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1.  Leave to proceed *in forma pauperis* is GRANTED.

2.  Plaintiff, Nathaniel Brooks, Jr., #46735, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b).  Based on the financial information provided by plaintiff, he is not assessed an initial partial filing fee.  The Warden or other appropriate official at Chester County Prison or at any other prison at which plaintiff may be incarcerated shall deduct from plaintiff's inmate trust fund account, each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 14-7111.  The Clerk of Court shall send a copy of this order to the Warden at the Chester County Prison.

3.  The complaint is DISMISSED with prejudice as legally frivolous.

4.  The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

T. N. O'Neill

**THOMAS N. O'NEILL, JR., J.**